IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LYDIA AGNASAGGA, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Case No. 4:12-cv-00014-RRB

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Lydia Agnasagga, by and through her undersigned attorney and defendant, United States of America, through its undersigned attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

**DATED** at Fairbanks, Alaska this 4th day of June, 2013.

**STEPOVICH & VACURA LAW OFFICE**

Dated: **June 4th, 2013**   BY:   s/Allen Vacura
ALLEN VACURA – ABA # 9506033
Attorney for Plaintiff

Karen L. Loeffler
United States Attorney

Dated: **June 4th, 2013**   BY:   s/(Consent)
Susan Lindquist – ABA # 9008053
Assistant U.S. Attorney
Attorney for Defendant

STEPOVICH & VACURA LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska 99701
Tel: (907) 456-6600
Fax: (907) 452-5205